UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Donna J. Todd, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Carolyn W. Colvin, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | C/A No.:  3:12-cv-01960-GRA<br><br>**ORDER** |

This matter is before this Court on a motion by the United States of America for a stay of Defendant's objections to the Report and Recommendation issued by the Magistrate Judge on October 2, 2013.  ECF Nos. 21 & 22.  The government's motion was filed on October 11, 2013.  ECF No. 22.  This motion seeks a stay of Defendant's Brief until Congress has restored appropriations to the Department of Justice attorneys, at which time the U.S. Attorney's Office will notify this Court.  *Id.*  Counsel for the government has been advised by Plaintiff's counsel that Plaintiff has no objections to this motion.  *Id.*  Because this Court finds that a showing of good cause has been made, this Court will grant the stay of Defendant's objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the motion for a stay of Defendant's objections to the Report and Recommendation of the Magistrate Judge is GRANTED until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

**IT IS SO ORDERED.**

*[signature]*

G. Ross Anderson, Jr.
Senior United States District Judge

October  16 , 2013
Anderson, South Carolina