UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Donna J. Todd, | ) | |
| | ) | C/A No.: 3:12-cv-01960-GRA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before this Court on a motion by the United States of America for a stay of Defendant's objections to the Report and Recommendation issued by the Magistrate Judge on October 2, 2013. ECF Nos. 21 & 22. The government's motion was filed on October 11, 2013. ECF No. 22. This motion seeks a stay of Defendant's Brief until Congress has restored appropriations to the Department of Justice attorneys, at which time the U.S. Attorney's Office will notify this Court. *Id.* Counsel for the government has been advised by Plaintiff's counsel that Plaintiff has no objections to this motion. *Id.* Because this Court finds that a showing of good cause has been made, this Court will grant the stay of Defendant's objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the motion for a stay of Defendant's objections to the Report and Recommendation of the Magistrate Judge is GRANTED until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

**IT IS SO ORDERED.**



G. Ross Anderson, Jr.
Senior United States District Judge

October  16 , 2013
Anderson, South Carolina