UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Donna J. Todd, ) | C/A No.: 3:12-cv-01960-GRA |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | (Written Opinion) |
| Carolyn W. Colvin, Acting ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

This matter comes before this Court on Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), filed on January 24, 2014. ECF No. 30. In this Motion, Plaintiff requested attorney's fees in the amount of $6,813.32. *Id.* Defendant responded, stating that the parties have agreed that a reduced award of $6,000.00 is reasonable in this case. ECF No. 31. This Court finds that an award of attorney's fees pursuant to the EAJA is appropriate.

**IT IS THEREFORE ORDERED** that Plaintiff is awarded six thousand dollars and zero cents ($6,000.00) in attorney's fees.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

February  6 , 2014
Anderson, South Carolina